IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS BLAKE,

    Plaintiff,

v.

J. PERTTU, et al

    Defendants.

ORDER

Case No. 21-cv-197-jdp

Plaintiff Thomas Blake has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than April 12, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Thomas Blake may have until April 12, 2021 to submit a trust fund account statement for the period beginning approximately September 22, 2020 and ending approximately March 22, 2021. If, by April 12, 2021, plaintiff fails to respond to

this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 22nd day of March, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge